## Commonwealth *v.* Green, Appellant.

Submitted March 17, 1975. *Leonard Sosnov* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The convictions of aggravated assault at Nos. 1041 and 1042 of 1974 are affirmed.

Judgment of sentence of three to ten years on the conviction of robbery at No. 1040 is vacated, and the case is remanded for resentencing in accordance with *Commonwealth v. Lockhart,* 223 Pa. Superior Ct. 60, 296 A.2d 883 (1972).